

**UGO UZOH, P.C.**
ATTORNEYS AT LAW
304 LIVINGSTON STREET, SUITE 2R
BROOKLYN, NEW YORK 11217
TEL: (718) 874-6045, FAX: (718) 576-2685

November 19, 2012

Via Facsimile # (212) 805-7920

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Kenneth Kelly v. City of New York, et al.</u>
12 CV 5650 (SAS)

Dear Judge Scheindlin:

This firm represents Plaintiff Kenneth Kelley, in connection with the above referenced matter. Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff respectfully requests that the Court dismiss the instant action with prejudice.[1]

Thank you for your time and consideration of plaintiff's request.

Respectfully submitted,

Ugochukwu Uzoh

cc: Assistant Corp. Counsel Matthew Joseph Modafferi [via Facsimile # (212) 788-9776)]

*The above-captioned is hereby dismissed with prejudice. The Clerk of the Court is directed to close this case. So Ordered. [signature] USDJ 11/20/12*

---

[1] On or about November 16, 2012, defendants served certain disclosures upon the plaintiff. In light of the recent disclosures, plaintiff has now decided to voluntarily withdraw the instant action against all named defendants with prejudice.